JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orthopedic Specialists of Southern,<br><br>            Plaintiff,<br><br>     v.<br><br>Laundry and Dry Cleaning Workers Health and Welfare Trust,<br><br>            Defendants. | Case No. **CV 11-5662-JFW (RZx)**<br><br>**ORDER DISMISSING CIVIL ACTION** |

    THE COURT has been advised by counsel that this action has been settled, or is in the process of being settled.

    IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within 30 days, to re-open the action if settlement is not consummated.  During this 30 day period, this Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

/ / /

/ / /

(Rev. 2/15/08)

1 | In the event a motion or *ex parte* application to re-open
2 | is not filed within 30 days, the dismissal of this action
3 | will be with prejudice.
4 |
5 | Dated: November 3, 2011
6 |                                 JOHN F. WALTER
                                United States District Judge

(Rev. 2/15/08)                               2